# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-5011**　　　　　　　　　　　　　**September Term, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　**1:05-cv-01457-GK**

　　　　　　　　　　　　　　　　　　　　**Filed On:** February 3, 2016

Jihad Dhiab, Detainee, Guantanamo Bay Naval Station and Shaker Aamer, as Next Friend of Jihad Dhiab,

　　　　Appellees

　　v.

Barack Hussein Obama, President of the United States, et al.,

　　　　Appellants

Hearst Corporation, et al.,

　　　　Appellees

_____

**No. 16-5012**

Jihad Dhiab, Detainee, Guantanamo Bay Naval Station and Shaker Aamer, as Next Friend of Jihad Dhiab,

　　　　Appellees

　　v.

Barack Hussein Obama, President of the United States, et al.,

　　　　Appellees

Hearst Corporation, et al.,

　　　　Appellants

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5011**                                          **September Term, 2015**

### O R D E R

Upon consideration of the joint motion to expedite appeals, it is

**ORDERED**, on the court's own motion, that the above-captioned cases be consolidated. It is

**FURTHER ORDERED** that the following briefing schedule apply in these cross-appeals:

| | |
|---|---|
| Classified Principal Brief for Respondent-Appellants/ Cross-Appellees | 02/24/16 |
| Joint Appendix | 02/24/16 |
| Public Principal Brief for Respondent-Appellants/ Cross-Appellees | 03/02/16 |
| Response Brief for Petitioner-Appellees | 04/01/16 |
| Principal and Response Brief for Intervenor-Appellees/Cross-Appellants | 04/01/16 |
| Classified Response and Reply Brief for Respondent-Appellants/Cross-Appellees | 05/02/16 |
| Public Response and Reply Brief for Respondent-Appellants/Cross-Appellees | 05/16/16 |
| Reply Brief for Intervenor-Appellees/ Cross-Appellants | 05/31/16 |

Because the court does not routinely schedule oral arguments between mid-May and the start of the next term, the Clerk is directed to calendar this case for an appropriate date in September 2016.

All issues and arguments must be raised by appellants and cross-appellants in their opening briefs. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5011**                              September Term, 2015

    To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk